MINUTE ENTRY
NORTH, M.J.
NOVEMBER 5, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LORRAINE PETERSEN, <u>ET</u> <u>AL</u>.                           CIVIL ACTION

VERSUS                                                        NUMBER:  14-1516

KENNETH PETERSEN, SR., <u>ET</u> <u>AL</u>.                    SECTION:  "B"(5)

**<u>HEARING ON MOTION</u>**

COURT REPORTER:  Arlene Mohaved

APPEARANCES:     Lindsay Reeves, Candace Murphy

MOTION:

    (1)    Plaintiffs' Motion to Compel (Rec. doc. 14).
    (2)    Defendants' Motion to Quash (Rec. doc. 19).

_____  :     Continued to

_____  :     No opposition

 1, 2   :     Opposition

**<u>ORDERED</u>**

_____  :     Dismissed as moot.

_____  :     Dismissed for failure of counsel to appear.

_____  :     Granted.

_____  :     Denied.

MJSTAR(00:15)

  1, 2  :        Other:

1: The Court was advised that responses to Plaintiffs' discovery requests have been provided by the Petersens. As required by Rule 37(a)(1), counsel are to meet and confer prior to the filing of any motion challenging the sufficiency of those responses. Defendant, Carter Properties, LLC, having failed to respond to Plaintiffs' written discovery requests, Plaintiffs' motion is granted as to it. Carter Properties is to respond to Plaintiffs' outstanding discovery requests within one (1) week. Plaintiffs' request for expenses and attorney's fees is held in abeyance.

2: Counsel are to confer on available dates for the depositions of Defendants in the first half of December. By the close of business on November 12, 2014, the parties may supplement their respective submissions with respect to the hardship that would reportedly be visited upon Defendants in having to travel to New Orleans for their depositions. The Court will then determine the situs of the deposition.

                                      MICHAEL B. NORTH
                             UNITED STATES MAGISTRATE JUDGE